NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:   Docket Number 2020-CJ-1317

State of Louisiana in the Interest of S.M. (DOB: 07/11/06),
N.M. (DOB: 04/02/07), B.M. (DOB: 01/07/09), D.M. (DOB:
02/15/12), K.M. (DOB: 01/08/13), C.M. (DOB: 06/27/13)

21st Judicial District Court
Case #: 14593
Livingston Parish

On Application for Rehearing filed on 07/16/2021 by James Morace, et al

Rehearing _____ **DENIED** _____

_____
J. Michael McDonald

_____
Guy Holdridge

_____
Allison H. Penzato

Date ___**JUL 2 1 2021**_____

_____
Rodd Naquin, Clerk